**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

## THE STATE OF SOUTH CAROLINA
### In The Court of Appeals

South Carolina Department of Social Services, Respondent,

v.

Stefanie Linder, Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2014-002551

———————————

Appeal from Colleton County
Gerald C. Smoak, Jr., Family Court Judge

———————————

Unpublished Opinion No. 2015-UP-450
Submitted August 5, 2015 – Filed August 31, 2015

———————————

**AFFIRMED**

———————————

Marshall L. Horton, of Horton Law Firm, LLC, of Bluffton, for Appellant.

Jillian D. Ullman, of the Department of Social Services, of Walterboro, for Respondent.

Gregory Michael Galvin, of Galvin Law Group, of Bluffton, for the Guardian ad Litem.

**PER CURIAM:**  Stefanie Linder appeals the family court's final order terminating her parental rights to her minor child.  Upon a thorough review of the record and the family court's findings of facts and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues that warrant briefing.  Accordingly, we affirm the family court's ruling and relieve Linder's counsel.

**AFFIRMED.**[1]

**SHORT, GEATHERS, and MCDONALD, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.